BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

SAMUEL C. SMALL
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
AFFTC/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:11-CR-00002-JLT |
| *Plaintiff,* | Government's Motion to Dismiss |
| v. | |
| **JAY J. REZENDES**, | Date:<br>Time:<br>Place: Edwards Air Force Base |
| *Defendant.* | Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss with prejudice, the Case Number 5:11-CR-00002-JLT against Jay J. Rezendes, in the interest of justice.

    Respectfully Submitted

    BENJAMIN B. WAGNER
    United States Attorney

DATED: 13 October 2011

    By   /s/ Samuel C. Small_____
        SAMUEL C. SMALL
        Special Assistant United States Attorney

**O R D E R**

The case against Jay J. Rezendes, Case Number 5:11-CR-0002-JLT is **ORDERED** dismissed, with prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**October 14, 2011**__         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE